United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELICIA VIRGIN,<br>*Plaintiff,*<br><br>V.<br><br>SAIA MOTOR FREIGHT LINE, LLC,<br>*Defendant* | §<br>§<br>§<br>§    CIVIL ACTION NO. 4:24cv3238<br>§<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 17, 2025 (Dkt. 26) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Felicia Virgin's Motion for Leave to File First Amended Complaint (Dkt. 19) is **DENIED** and the Motion for Leave to File Continuance and Extension of Deadlines (Dkt. 18) is **DENIED AS MOOT**.

It is further **ORDERED** that Defendant SAI Motor Freight Line, LLC's Motion for Summary Judgment (Dkt. 17) is **GRANTED** and all of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this 5th day of December, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE